IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DELMAN WESLEY BALL, #36780118 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv231 |
| UNITED STATES PAROLE COMMISSION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On December 29, 2005, Petitioner submitted a 28 U.S.C. § 2241 petition for writ of habeas corpus. The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion for a temporary restraining order (dkt#8). No objections were filed.

This Court finds that the Magistrate Judge's conclusions are correct, and adopts them as the Court's conclusions. The Court therefore

**ORDERS** that Petitioner's motion for a temporary restraining order (dkt#8) is **DENIED**.

**SIGNED this 3rd day of April, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE