IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DELMAN WESLEY BALL, #36780118 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv231 |
| UNITED STATES PAROLE COMMISSION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed objections to the Report. This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.

The Court finds that the Magistrate Judge's findings and conclusions are correct and the Court adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS, ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 23rd day of May, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE